*Helen Quackenbush et al* v. *Mary Leonard et at.* M. FAIRCHILD and J. CRARY, for appellants ; S. STEVENS, for respondents. Order appealed from affirmed with costs, and proceedings remitted to vice chancellor of the third circuit.